**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02087-EWN-CBS

BROADCAST MUSIC, INC.;
SONGS OF UNIVERSAL, INC.;
UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.;
JOHN BIENSTOCK, d/b/a JOHNNY BIENSTOCK MUSIC;
FOURTEENTH HOUR MUSIC, INC.;
PRONTO MUSIC, a division of COTILLION MUSIC, INC.;
TRIO MUSIC CO., INC.;
FORT KNOX MUSIC, INC.;
UNIVERSAL-DUCHESS MUSIC CORPORATION;
EMI VIRGIN SONGS, INC., d/b/a EMI LONGITUDE MUSIC;
ABKCO MUSIC, INC.;
WARNER-TAMERLANE PUBLISHING CORP.;
ELEKSYLUM MUSIC, INC.;
NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.;
THOMAS J. COUCH, STEWART M. MADISON and GERALD B. STEPHENSON, a partnership, d/b/a MUSCLE SHOALS SOUND PUBLISHING CO., a division of NORTHSIDE PARTNERS;
GREGMARK MUSIC, INC.;
EMI BLACKWOOD MUSIC, INC.;
ITAAL SHUR, d/b/a ITAAL SHUR MUSIC;
BIDNIS, INC.;
MOSAIC MUSIC PUBLISHING, LLC, d/b/a MOSAIC MUSIC,

      Plaintiffs,

vs.

MARLEEZ, INC., d/b/a BUFFALO ROSE and MURRAY MARTINEZ, individually,

      Defendants.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

**THIS MATTER**, having come on to be heard upon the parties' Stipulation for Dismissal With Prejudice, the Court having reviewed same and being fully advised in the premises;

**DOTH ORDER** that the Stipulation is granted and the case is dismissed, with prejudice, each party to pay their own costs and attorney fees.

**DATED** this 16th day of March 2006.

                                            **BY THE COURT:**

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge